UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNIE HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV00432 AGF |
| | ) | |
| THE CITY OF ST. LOUIS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Following a conference with counsel,

**IT IS HEREBY ORDERED** that the June 12, 2006 jury trial is hereby **VACATED**, and the **JURY TRIAL** regarding this matter is reset to **Monday, October 23, 2006, at 9:00 a.m.** This case is **No. 1** on the trial docket.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 22nd day of May, 2006.